Louis Green, Respondent, v. Ike Bonuck, Appellant.— Judgment reversed upon the law and the facts and a new trial granted, costs to abide the event. While many of the questions designed to elicit proof, to the benefit of which the defendant was entitled, were properly excluded because they were improperly framed, nevertheless some of the questions which were proper in form and which were designed to elicit proof that the amount due on the mortgage which was part of the basis for the making of defendant's Exhibit A was in fact less than the amount recited in the agreement, were erroneously excluded. The court ruled erroneously in this regard at folios 83 and 86. The defendant was entitled to adduce proof designed to show the situation as it existed prior to and at the time of the making of defendant's Exhibit A, and also to adduce proof designed to establish that the difference between the amount thus due and the amount of the notes given pursuant to defendant's Exhibit A were the result of a usurious agreement and that the difference between the amount due upon the mortgage under foreclosure and the notes given by the defendant was for items other than legitimate charges in connection with the settlement of that foreclosure action and the extension of the due date of the bond and mortgage in suit in that action. The defense of usury was available to this defendant. (*Kneher* v. *Greengrass*, *ante*, p. 761, decided February 6, 1931.) Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Cornelius C. Hamilton, Respondent, v. Erick Anderson, Appellant.— Order of the County Court of Westchester county affirming judgment and order of the City Court of New Rochelle unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ.

Jacob Herskowitz, Respondent, v. Barnet Kantor and Others, Appellants, and Samuel Uress, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ. [136 Misc. 382.]

Frank Holland, Respondent, v. Knickerbocker Ice Company, Appellant.— Judgment reversed upon the law, with costs, and the complaint dismissed, with costs. We are of opinion that the evidence in the case is insufficient to support the finding of the jury as to defendant's negligence and that, upon the proof presented, plaintiff was guilty of contributory negligence as a matter of law. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

Mary-Jane Hungate, Respondent, v. Wilson Hungate, Appellant.— Order, as resettled, confirming amended report of referee and directing defendant to pay plaintiff $3,500 for counsel fee together with $544.99 for expenses and disbursements affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

In the Matter of the Application of The City of New York, Relative to Acquiring Title, etc., to the Lands, etc., Required for an Addition to Dyker Beach Park Bounded by Seventh Avenue, Eighty-sixth Street, Fourteenth Avenue and the North Line of Dyker Beach Park, in the Borough of Brooklyn, City of New York. Lottie C. Kohart, Appellant; The City of New York, Respondent.— Final decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.